Denise J. Knecht, Cleveland, OH, for
Plaintiff–Appellant.

Alexander E. Goetsch, Michael C. Co-
han, Cavitch, Familo, Durkin & Frutkin,
Cleveland, OH, for Defendant–Appellee.

Before NORRIS, GIBBONS, Circuit
Judges; and TODD, District Judge.*

MEMORANDUM OPINION

PER CURIAM.

Plaintiff, Kalil A. Alkasab, appeals from
the district court's grant of summary judg-
ment to defendant, Cleveland State Uni-
versity, in this employment discrimination
case.

Having had the benefit of oral argument
and having carefully considered the record

on appeal, the briefs of the parties, and the
applicable law, we are not persuaded that
the district court erred in granting sum-
mary judgment to defendant.

Because the reasoning which supports
judgment for defendant has been articulat-
ed by the district court, the issuance of a
detailed written opinion by this court
would serve no useful purpose. Accord-
ingly, the judgment of the district court is
affirmed upon the reasoning employed by
that court in its Order and Decision dated
September 26, 2003.

**Carlton B. PARKS, Plaintiff–Appellant,**

v.

**CITY OF CHATTANOOGA; Detective
James Carroll, individually; Captain
Steven Parks, individually; Lieuten-
ant Steven Angel, individually, Defen-
dants–Appellees.**

Nos. 04–5099.

United States Court of Appeals,
Sixth Circuit.

Feb. 15, 2005.

---

Carlton B. Parks, Chattanooga, TN, pro se.

Michael A. McMahan, Office of the City Attorney, Chattanooga, TN, for Defendants–Appellees.

Before RYAN and COOK, Circuit Judges; and BELL, District Judge.*

PER CURIAM.

Carlton Parks appeals the district court's order granting summary judgment to the defendants. After reviewing the record, the parties' briefs, and the applicable law, this court determines that no jurisprudential purpose would be served by a panel opinion and affirms the district court's decision for the reasons stated in that court's opinion.